George Novacic and Louise Novacic, appellants, v. Clyde Allen, appellee.

Opinion
filed March 9, 1938.

Beasley & Zulley, for appellants. Turner, Holder & Ackermann, for appellee.

Mr. Justice Murphy delivered the opinion of the court.